STATE OF NEW JERSEY v. JESSIE JONES.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JONATHAN BANKS.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES MARTIN.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD LEE BROWN.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE S. KOZIELSKI.

September 23, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES COOLEY.

September 23, 1976. Petition for certification denied.